■ CELIA KRAKAUER, Respondent, v. MERRILL KRAKAUER, Appellant.—
In an action by a wife for a judicial separation, the defendant husband appeals
from a judgment of the Supreme Court, Kings County, rendered July 20, 1964
upon the court's written decision after a nonjury trial, which *inter alia*:
(a) granted the wife a separation; (b) awarded to her alimony of $245 per
week for her support and for the support, maintenance and education of the
infant children of the marriage; (c) awarded her a counsel fee of $7,500;
and (d) granted her sole custody of the children, with visitation rights to the
husband. The appeal is from the entire judgment, except the provisions
thereof which grant a stay. Judgment modified on the law and the facts by
reducing the amount awarded for the support of the wife and children to
$200 a week. As so modified, judgment, insofar as appealed from, affirmed,
without costs. The findings of fact which may be inconsistent herewith are
reversed, and new findings are made as indicated herein. In our opinion, upon
the facts disclosed by this record, the amount awarded for the support of the
wife and children was excessive to the extent indicated. Beldock, P. J.,
Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.